UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-cv-20923-AHS

In the Matter of LUIS CAMEJO PEREZ, as Owner of the 2018 Contender Boats 39-foot Center Console Vessel bearing Hull Identification No. JDJ9V148B818,

    Petitioner.

**NOTICE TO CLAIMANTS OF COMPLAINT FOR
EXONERATION FROM OR LIMITATION OF LIABILITY**

Notice is hereby given that Petitioner, LUIS CAMEJO PEREZ, as Owner of the 2018 Contender Boats 39-foot Center Console Vessel bearing Hull Identification No. JDJ9V148B818 (the "Vessel"), has filed a Petition pursuant to Title 46 U.S.C. §§ 30501 *et seq.*, as amended, for exoneration from or limitation of liability of all claims for any injuries, loss, destruction or damage arising out of an alleged incident that occurred in Miami-Dade County, Florida, on or about September 26, 2023, as more fully described in the Petition.

All persons having such claims must file their respective claims, as provided in Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk for the United States District Court for the Southern District of Florida, Fort Lauderdale Division, U.S. Federal Building and Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301, and serve a copy on counsel of record for Petitioner, Victor J. Pelaez, Esq., Fowler White Burnett, PA, 1395 Brickell Ave., 14th Floor, Miami, Florida 33131, on or before August 3, 2024, or be defaulted.

If any Claimant desires to contest either the right to exoneration from or the right to limitation of liability, he or she shall file and serve on counsel for Petitioner an answer to the Petition on or before the aforesaid date, unless his or her claim has included an answer so designated, or else be defaulted.

**DONE AND ORDERED** in Cfhambers, Fort Lauderdale, Florida this 7th day of June, 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE